UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lum,<br>      *Plaintiff*,<br><br>      v.<br><br>Discovery Capital Management, et al,<br>      *Defendants*. | Civil No. 3:08cv1806 (JBA)<br><br>September 03, 2009 |

**ORDER**

Special Master Benner reported that this matter has settled. The case will now be administratively closed and the Clerk is directed to close the file without prejudice to reopening on or before October 02, 2009.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before October 02, 2009.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with D. Conn. L. Civ. R. 7.

The Court appreciates the efforts of counsel and Special Master Benner in settling this matter.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.