UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW LUM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:08CV1806 (JBA) |
| ) | |
| -v- ) | |
| ) | |
| DISCOVERY CAPITAL MANAGEMENT, ) | |
| LLC AND DGF SERVICES, LLC, ) | |
| ) | SEPTEMBER 21, 2009 |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff/Counterclaim Defendant, Andrew Lum, and Defendants/Counterclaim Plaintiffs, Discovery Capital Management, LLC and DGF Services, LLC, hereby agree to dismiss their respective claims in this action in their entirety with prejudice and without costs to any party.

PLAINTIFF/COUNTERCLAIM
DEFENDANT, ANDREW LUM

By:_____
Daniel J. Kaiser [DK 9387]
Kaiser, Saurborn & Mair, P.C.
111 Broadway, 18th Floor
New York, NY 10006
Tel. 212-338-9100
Fax. 212-338-9088
Kaiser@ksmlaw.com
*His Attorney*

DEFENDANTS/COUNTERCLAIM
PLAINTIFFS, DISCOVERY CAPITAL
MANAGEMENT, LLC AND DGF
SERVICES, LLC

By:_____
Stuart D. Rosen [ct05472]
Susan Kim [ct19894]
Sara R. Simeonidis [ct25566]
BINGHAM McCUTCHEN LLP
One State Street
Hartford, Connecticut 06103
Tel. (860) 240-2700
Fax. (860) 240-2800
stuart.rosen@bingham.com
susan.kim@bingham.com
sara.simeonidis@bingham.com
*Their Attorneys*

A/73149073.

...

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been sent via operation of the Court's electronic filing system, or by first-class mail, postage prepaid, to anyone unable to accept electronic filing, on this 23rd day of September, 2009, to the following counsel of record:

Daniel Kaiser, Esq.
KAISER, SAURBORN & MAIR, P.C.
111 Broadway, Suite 1805
New York, New York 10006

Robin B. Kallor, Esq.
Melinda A. Powell, Esq.
ROSE KALLOR LLP
750 Main Street, Suite 606
Hartford, CT 06103

_____
Susan Kim

A/73149073.1/3008609-0000333553